**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6884**

───────────

MARKUS ODON MCCORMICK,

        Plaintiff - Appellant,

    v.

SASHA GRAHAM; JOSHUA BASS; KELTON GLORAFIELD,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03020-M)

───────────

Submitted:  February 27, 2025                    Decided:  March 4, 2025

───────────

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Markus Odon McCormick, Appellant Pro Se.  Steven Andrew Bader, James Carlton Thornton, CRANFILL SUMNER, LLP, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markus Odon McCormick appeals the district court's order granting the Defendants' motion for summary judgment on McCormick's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny McCormick's motion to expedite and affirm the district court's order. *McCormick v. Graham*, No. 5:22-ct-03020-M (E.D.N.C. Aug. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*